UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Melissa Downes, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-3041 |
| | § | |
| Vision Financial Corporation, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

On the plaintiff's notice, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on January 7, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge